Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Steven Clark FORMAN, Respondent.**

**No. 799 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 31, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of January, 2003, upon consideration of the Report and Recommendation of the Disciplinary Board dated November 13, 2002, the Petition for Review and response thereto, it is hereby

ORDERED that Steven Clark Forman be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice NIGRO dissents and would suspend respondent for a period of two years.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Ramon R. OBOD, Respondent.**

**No. 646 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 31, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of January, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 21, 2002, it is hereby

ORDERED that RAMON R. OBOD be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year, retroactive to March 19, 2001, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice NIGRO dissents and would suspend respondent for a period of two years.